**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

**VS.**          **CASE NO. 4:03CR00043 JMM**
                **4-05CV00872 JMM**
**LUIS MORA-QUINONES**                                                                                              **DEFENDANT**

**ORDER**

On August 12, 2003 Luis Mora-Quinones plead guilty to illegally reentering the United States by a removed alien after conviction for an aggravated felony in violation of 8 U.S.C. 1326. He was sentenced on November 21, 2003 to 70 months imprisonment and 3 years of supervised release. Upon motion by Mora-Quinones, the Court of Appeals for the Eighth Circuit dismissed his direct appeal on June 15, 2004.

Mora-Quinones now brings a § 2255 petition based upon the holdings in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000); *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker*, --- U.S. ----, 125 S.Ct. 738, 160 L.Ed.2d 621, (2005) contending that the Court unconstitutionally enhanced his sentence based upon a previous conviction for a violent crime pursuant to U.S.S.G. § 2L1.2(b)(1)(A).

Because Mora-Quinones criminal conviction became final before the decisions in *Blakely* or *Booker* were announced, these cases are inapplicable to his § 2255 petition. *See Never Misses a Shot v. Untied States of America*, 413 F.3d 781 (8th Cir. 2005) ("[T]he 'new rule' announced in *Booker* does not apply to criminal convictions that became final before the rule was announced . . . [it] does not benefit movants in collateral proceedings.").

Finally, Mora-Quinones' rights were not violated by the sentence enhancement because a prior felony conviction is a sentencing factor that need not be pleaded in the indictment or put to a jury. *See Apprendi v. New Jersey*, 530 U.S. 466, 490, 120 S.Ct. 2348, 2362-63, 147 L.Ed.2d 435 (2000).

The petition is denied (#41).

IT IS SO ORDERED THIS  24   day of October, 2005.

James M. Moody
United States District Judge